**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WOODS, | CASE NO. 2:16-CV-04913-RGK (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. RACKLEY, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, and this action dismissed with prejudice.

DATED: January 09, 2017

*Gary Klausner*

HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE